# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MEGAN RIDPATH, | : | |
| --- | --- | --- |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PROGRESSIVE ADV. | : | NO. 19-5871 |
| AUTO. INS. CO., | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 16th day of March, 2020, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim (Doc. No. 3) and the Response in Opposition (Doc. No. 5), it is **ORDERED** that the Motion (Doc. No. 3) is **GRANTED**. Plaintiff may file an amended complaint in an attempt to cure the pleading deficiencies consistent with this Court's accompanying Memorandum on or before April 7, 2020.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**